150141

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

FILED 2010 APR 20 PM 1:39

In Re: ) Case No. 08-17575
)
    Readie Brooks ) Chapter 7
)
        Debtor ) Judge Randolph Baxter

## TRANSMITTAL OF UNCLAIMED FUNDS

TO THE CLERK OF COURT:

The attached check No. 3012 in the amount of $171.23, represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| **Alltel Communications**<br>**1 Allied Drive B$F03**<br>**Little Rock, AR 72202** | 1 | $ 481.73 | $171.23 |

#3012

Dated: April 16, 2010

                                         /s/ Sheldon Stein
                                         Sheldon Stein, Trustee

cc: United States Truste